

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00232-CR

KERRI ROEPEL,

                                                      **Appellant**

 v.

THE STATE OF TEXAS,

                                                      **Appellee**

---

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2013-257-C2**

---

## MEMORANDUM OPINION

---

Kerri Roepel appealed her conviction for debit card abuse. She has now filed a motion to dismiss her appeal, stating she no longer wishes to pursue her appeal. The motion is signed by both Roepel and her attorney.

Roepel's motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).


                                            TOM GRAY
                                            Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Appeal dismissed
Opinion delivered and filed August 1, 2018
Do not publish
[CR25]

